07-CV-00376-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY RHOADES, )
                                                )
        Plaintiff, )    CASE NO.    C07-376-TSZ-MJB
                                                )
    v. )
                                                )
CITY OF LYNDEN, *et al.*, )    ORDER DENYING *IN FORMA PAUPERIS*
                                                )    APPLICATION & DISMISSING CASE
        Defendants. )

The Court, having reviewed the Report and Recommendation of the Hon. Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED.

    (3)    The complaint and this action are DISMISSED without prejudice.

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Benton.

DATED this 24th day of April, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
AND DISMISSING CASE